UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

JODY GLEDHILL,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

3:11-CV-779-RCJ-WGC

ORDER

       The Court has considered the Report and Recommendation of United States Magistrate (ECF #11) entered on October 4, 2012, in which the Magistrate Judge recommends that the Court enter an order denying Plaintiff's Motion for Reversal of the Commissioner's Decision (ECF #7) and granting Defendant's Cross Motion for Summary Judgment (ECF #10). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #11); therefore, Plaintiff's Motion for Reversal of the Commissioner's Decision (ECF #7) is DENIED, and Defendant's Cross Motion for Summary Judgment (ECF #10) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

       IT IS SO ORDERED this 4th day of December, 2012.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE